# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREW KING,**

    **Plaintiff,**

  v.

**ORANGE TOWNSHIP,** *et al.*,

    **Defendants.**

Case No. 2:23-cv-4230
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on Defendant Ryan Rivers' Motion to Dismiss. (ECF No. 12.) After filing the Motion to Dismiss, the Parties engaged in a mediation and reported the case as settled on June 28, 2024. (ECF No. 32.) The Parties are in the process of finalizing their Settlement Agreement and Release and represented to the Court that a dismissal entry is forthcoming. (ECF No. 35.) Because the case has settled, the Motion to Dismiss (ECF No. 12) is **DENIED without prejudice** as **MOOT**.

    IT IS SO ORDERED.

**9/10/2024**                                             **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**