IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW KING | : | |
| | : | CASE NO. 2:23-cv-04230 |
| Plaintiff, | : | |
| | : | JUDGE EDMUND SARGUS |
| v. | : | |
| | : | MAGISTRATE ELIZABETH PRESTON |
| ORANGE TOWNSHIP, et al. | : | DEAVERS |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through counsel, agree and stipulate that this matter shall be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own attorney fees and costs.

Respectfully submitted,

/s/ Ashley Hetzel
Paul-Michael La Fayette (0067031)
Ashley Hetzel (0092213)
65 East State Street, Suite 2550
Columbus, Ohio 43215
T:  614-683-8411 | F: 888-356-3590
paul.lafayette@fmglaw.com
ashley.hetzel@fmglaw.com
*Counsel for Defendant Orange Township, Deborah Taranto, and Robert B. Grumbles*

/s/Janica Pierce Tucker (per email consent 10/9)
Janica Pierce Tucker (0075074)
Taft Stettinius & Hollister, LLP
441 S. High Street, Suite 1800
Columbus, OH 43215
T: 614-221-2838 | F: 614-221-2007
jpierce@taftlaw.com
*Counsel for Plaintiff Andrew King*

/s/Jillian L. Dinehart (per email consent 10/8)
Jillian L. Dinehart (0086993)
Marshall Dennehey P.C.
127 Public Square, Suite 3510
Cleveland, OH 44114
T: 216-912-3823 | F: 216-344-9006
jldinehart@mdwcg.com
*Counsel for Defendant Ryan Rivers*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically and served via email upon the following:

| | |
|---|---|
| Janica Pierce Tucker<br>65 E. State Street, Suite 1000<br>Columbus, OH 43215<br>jpierce@taftlaw.com<br><br>*Counsel for Plaintiff* | Jillian L. Dinehart<br>Marshall Dennehey P.C.<br>127 Public Square, Suite 3510<br>Cleveland, OH 44114<br>T: 216-912-3823 \| F: 216-344-9006<br>jldinehart@mdwcg.com<br><br>*Counsel for Defendant Ryan Rivers* |

/s/ Ashley Hetzel
**Ashley Hetzel (0092213)**
*Counsel for Defendant Orange Township, Defendant Taranto, and Defendant Grumbles*